# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MATTHEW BENJAMIN MAJOR,

    Plaintiff,

  v.

SANTA CLARA VALLEY MEDICAL CENTER,

    Defendant.

Case No. 16-cv-02824-PJH

**ORDER OF DISMISSAL**

Plaintiff, a detainee, filed a pro se civil rights complaint under 42 U.S.C. § 1983. The court dismissed the complaint with leave to amend for plaintiff to provide more information regarding his claim. Plaintiff's motion for an extension was granted and his amended complaint was due on September 13, 2016. The time to file an amended complaint has passed and plaintiff has not submitted a filing or otherwise communicated with the court. The case is **DISMISSED**.

    **IT IS SO ORDERED.**

Dated: September 26, 2016

*[signature]*

PHYLLIS J. HAMILTON
United States District Judge

\\candoak.cand.circ9.dcn\data\users\PJHALL\_psp\2016\2016_02824_Major_v_Santa_Clara_Valley_Medical_Center_(PSP)\16-cv-02824-PJH-dis_fta.docx

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BENJAMIN MAJOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANTA CLARA VALLEY MEDICAL CENTER,<br><br>　　　　Defendant. | Case No. 16-cv-02824-PJH<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on September 26, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Matthew Benjamin Major ID: 15031927
Santa Clara County Jail - North
885 North San Pedro Sreet
San Jose, CA 95110


Dated: September 26, 2016


　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By: /s/ Nichole Peric
　　　　　　　　　　　　　　　　　　　　Nichole Peric, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable PHYLLIS J. HAMILTON